Gary R. Selvin, State Bar No. 112030
Melissa A. Dubbs, State Bar No. 163650
SELVIN WRAITH HALMAN LLP
505 14th Street, Suite 1200
Oakland, CA 94612
Telephone:     (510) 874-1811
Facsimile:      (510) 465-8976
E-mail:  gselvin@selvinwraith.com
            mdubbs@selvinwraith.com

Attorneys for Plaintiff
Navigators Specialty Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| NAVIGATORS SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>HOWARD DRYWALL, INC.; J P HEINTZ & COMPANY INC.; and JUAN MANUEL LOPEZ,<br><br>Defendants. | Case No.: 2:09-cv-03115-GEB-DAD<br><br>**PLAINTIFF NAVIGATORS SPECIALTY INSURANCE COMPANY'S OBJECTIONS TO DEFENDANT J P HEINTZ & COMPANY INC.'S EVIDENCE**<br><br>Date:           March 8, 2010<br>Time:          9:00 a.m.<br>Courtroom:  10<br>Assigned To:  Judge Garland E. Burrell, Jr.<br><br>Complaint Filed:  November 9, 2009 |

Plaintiff NAVIGATORS SPECIALTY INSURANCE COMPANY hereby objects to J P HEINTZ & COMPANY INC'S evidence in support of its Opposition to Motion for Summary Judgment as follows:

**1.     Declaration of David S. Worthngton, at p. 2:5-7 and the Excerpts of the Deposition of Jeffrey Einhorn which attaches an "Exhibit 30" thereto:**

Plaintiff objects to Exhibit 30, to the Deposition of Jeffrey Einhorn which defendants reference in their Opposition Motion to Summary Judgment on the grounds that the exhibit is inadmissible hearsay (and multiple layers of hearsay) (FRE 802); lacks proper authentication (FRE 901(a) and 903); lacks personal knowledge (FRE 602).  The Jeffery Einhorn deposition does not authenticate or state what Exhibit 30 is and in particular what the 3 pages attached as part of the exhibit represent.  The three pages attached as part of Exhibit 30 purport to be Wasserman and

1  Associates file with regard to its client Howard Drywall.  Wasserman and Associates have had a
2  relationship with Howard Drywall since 2000, and are Howard Drywall's agent.  Nowhere in the
3  attached deposition transcript is any attempt made to authenticate the emails and letters attached
4  thereto and they must therefore be struck.

5       Plaintiff respectfully requests the court to sustain the above objections.

6  Dated:  March 1, 2010                  SELVIN WRAITH HALMAN LLP

8                                        By:  /s/  Gary R. Selvin
                                             Gary R. Selvin
9                                               Melissa A. Dubbs
                                             Attorneys for Plaintiff
10                                              Navigators Specialty Insurance Company

11 74219.doc

**Plaintiff's Objections to J P Heintz & Company's Evidence**

**Case No.: 2:09-cv-03115-GEB-DAD**